UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CC MONROE,<br><br>     Plaintiff,<br><br>  -against-<br><br>THE CITY OF NEW YORK; SOMA 25 WATER STREET; GRP REAL ESTATE; BLUE OWL CAPITAL; ASSOCIA; CHOICE NY MANAGEMENT; RESIDE NEW YORK; MICHAEL FELDMAN; LOFT MANAGEMENT; JACKIE BRUNCAJ; DANA GUYET; SETTLEMENT HOUSING FUND; LIV MANAGEMENT; HILDA ARCANGEL; RISEBORO; JC AUTO BODY INC., JOHN DOES 1-10,<br><br>     Defendants. | 25-CV-10260 (JPC) (JW)<br><br>ORDER OF SERVICE |

JENNIFER E. WILLIS, United States Magistrate Judge:

Plaintiff, who is appearing *pro se*, brings this action alleging that Defendants violated her rights. She sues (1) the City of New York; (2) SOMA 25 Water Street; (3) GRP Real Estate; (4) Blue Owl Capital; (5) Associa; (6) Choice NY Management; (7) Reside New York; (8) Michael Feldman; (9) Loft Management; (10) Jackie Bruncaj; (11) Dana Guyet; (12) Settlement Hounding Fund; (13) Liv Management; (14) Hilda Arcangel; (15) Riseboro; (16) JC Auto Body Inc.; and (17) ten John Does. By order dated December 30, 2025, the Court granted Plaintiff's request to proceed *in forma pauperis* ("IFP"), that is, without prepayment of fees.[1]

---

[1] Plaintiff initiated this action on December 10, 2025, by filing an "Emergency Complaint and Request for Temporary Restraining Order." (ECF 1.) By order dated January 2, 2026, Chief Judge Laura Taylor Swain denied Plaintiff's requests for

## DISCUSSION

### A.    Service addresses

Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on assistance from the Court and the U.S. Marshal Service ("USMS") to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP). While the court will assist a plaintiff proceeding IFP with effecting service on a defendant, "[i]t is the responsibility of the plaintiff . . . to provide a current address at which service may be effected on each defendant." *Van Arsdol v. Charle*s, No. 25-CV-5366 (LTS), 2025 WL 1808881, at *1 (S.D.N.Y. July 1, 2025) (quoting *Lewis v. Maldonado*, No. 14-CV-0437 (MPS), 2015 WL 2016174, at *1 (D. Conn. May 1, 2015)); *Sebastian v. Doe*, No. 25-CV-0911 (JAV), 2025 WL 831588 (S.D.N.Y. Feb. 19, 2025) (same); *see Hunter v. Hill*, No. 04-CV-0920, 2009 WL 483154, at *2 (W.D.N.Y. Feb. 25, 2009) ("[I]t is not the responsibility of the [Court] . . . to provide plaintiffs with the names and addresses of the defendants which they sue.").

---

preliminary injunctive relief. (ECF 27.) By order dated January 14, 2026, Chief Judge Swain denied Plaintiff's second request for preliminary injunctive relief and warned her to cease filing duplicate or frivolous motions. (ECF 54.) Plaintiff continued to file additional submissions, including an amended complaint. By order dated March 16, 2026, Chief Judge Swain denied Plaintiff's numerous motions and directed her to file a single document labeled as a third amended complaint that includes all allegations she wishes the court to consider and that will service as the operative complaint. (ECF 85.) On April 16, 2026, Plaintiff filed the third amended complaint. (ECF 87.) This action was subsequently reassigned to the undersigned.

Plaintiff has not provided service addresses for any of the defendants. Although the Court has been able to locate addresses for many of the defendants based on publicly available information, it has not been able to find addresses for all defendants. The Court therefore directs Plaintiff, within 30 days, to provide the Court with service addresses for Defendants Associa, Loft Management, Jackie Bruncaj, and Liv Management. Once Plaintiff provides service addresses, the Court will issue an order directing the USMS to effect service on Plaintiff's behalf.

**B.    Service on remaining defendants**

To allow Plaintiff to effect service on Defendants City of New York, SOMA 25 Water Street, GFP Real Estate, Blue Owl Capital, Choice New York Management, Reside New York, Michael Feldman, Dana Guyet, Settlement Housing Fund, Hilda Archangel, Riseboro, and JC Auto Body Inc. through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for each of these defendants. The Clerk of Court is further instructed to issue summonses and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon Defendants.

If the third amended complaint is not served within 90 days after the date the summonses are issued, Plaintiff should request an extension of time for service. *See Meilleur v. Strong*, 682 F.3d 56, 63 (2d Cir. 2012) (holding that it is the plaintiff's responsibility to request an extension of time for service).

Plaintiff must notify the Court in writing if her address changes, and the Court may dismiss the action if Plaintiff fails to do so.

3

## C.    Request for counsel

Plaintiff has filed an application for the court to request pro bono counsel. (ECF 9.) The factors to be considered in ruling on an indigent litigant's request for counsel include the merits of the case, Plaintiff's efforts to obtain a lawyer, and Plaintiff's ability to gather the facts and present the case if unassisted by counsel. *See Cooper v. A. Sargenti Co.*, 877 F.2d 170, 172 (2d Cir. 1989); *Hodge v. Police Officers,* 802 F.2d 58, 60-62 (2d Cir. 1986). Of these, the merits are "[t]he factor which command[s] the most attention." *Cooper*, 877 F.2d at 172. Because it is too early in the proceedings for the Court to assess the merits of the action, Plaintiff's motion for counsel is denied without prejudice to renewal at a later date.

**CONCLUSION**

The Court directs Plaintiff, within 30 days, to provide the Court with service addresses for Defendants Associa, Loft Management, Jackie Bruncaj, and Liv Management.

The Clerk of Court is instructed to issue a summons for Defendants City of New York, SOMA 25 Water Street, GFP Real Estate, Blue Owl Capital, Choice New York Management, Reside New York, Michael Feldman, Dana Guyet, Settlement Housing Fund, Hilda Archangel, Riseboro, and JC Auto Body Inc., complete the USM-285 form with the address for each of these defendants, and deliver all documents necessary to effect service on these defendants 25to the U.S. Marshals Service.

The Court denies Plaintiff's application for the court to request counsel without prejudice to renewal at a later date. (ECF 9.)

4

The Clerk of Court is directed to mail an information package to Plaintiff.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf. Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates good faith when he seeks review of a nonfrivolous issue).

SO ORDERED.

Dated:

> June 8, 2026
> New York, New York

_____
JENNIFER E. WILLIS
United States Magistrate Judge

**SERVICE ADDRESS FOR EACH DEFENDANT**

1.     City of New York
       New York City Law Department
       100 Church Street
       New York, NY 10007

2.     SOMA 25 Water Street
       25 Water Street
       New York, NY 10004

3.     GFP Real Estate
       515 Madison Avenue, 15th Floor
       New York, NY 10022

4.     Blue Owl Capital
       399 Park Avenue, Floor 37
       New York, NY 10022

5.     Choice New York Management
       254 West 31st Street, 6th Floor
       New York, NY 10001

6.     Reside New York
       349 Keap Street
       Brooklyn, NY 11211

7.     Michael Feldman
       Choice New York Management
       254 West 31st Street
       New York, NY 10001

8.     Dana Guyet
       Human Resources Administration
       Four World Trade Center
       150 Greenwich Street
       New York, NY 10006

9.     Settlement Housing Fund
       247 West 37th Street #4
       New York, NY 10018

10.    Hilda Arcangel
       Riseboro

565 Bushwick Avenue
Brooklyn, NY 11206

11.    Riseboro
565 Bushwick Avenue
Brooklyn, NY 11206

12.    JC Auto Body Inc.
428 Weirfield Street
Brooklyn, NY 11237