UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CC MONROE,

Plaintiff,

-against-

THE CITY OF NEW YORK, *et al.*,

Defendants.

**ORDER REGARDING SERVICE ADDRESSES**

**25-CV-10260 (JPC) (JW)**

**JENNIFER E. WILLIS, United States Magistrate Judge:**

On June 8, 2026, the Court ordered Plaintiff to provide addresses for Defendants Associa, Loft Management, Jackie Bruncaj, and Liv Management within 30 days. Dkt. No. 90 at 4. She still has not done so. As discussed at the October 1 Conference, the U.S. Marshals Service will be serving all Defendants with the Third Amended Complaint. Dkt. No. 143. Service is only possible with an address.

**By October 19, 2026, Plaintiff must provide the Court with addresses for Loft Management, Jackie Bruncaj, and Liv Management**. Because counsel has appeared for Associa, Plaintiff does not need to provide their address. Since Plaintiff failed to comply with the Court's June Order, this may be her last opportunity to provide the information needed to serve the listed Defendants.

Defendants are directed to email Plaintiff a copy of this order.

**SO ORDERED.**

Dated: October 2, 2026

New York, New York

Jennifer E. Willis

JENNIFER E. WILLIS
United States Magistrate Judge